IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Christopher Fields,<br><br>PLAINTIFF,<br><br>v.<br><br>The Town of Walterboro, The Town of Walterboro Police Department, Robert W. Cook, Sr. (in his individual capacity), Theron A. Grant (in his individual capacity), Roy Blake (in his individual capacity), and two other unidentified Walterboro Town Police Officers (in their individual capacity),<br><br>DEFENDANTS | C/A No. 2:17-cv-01741-DCN-BM<br><br><br><br>**DEFENDANTS' IDENTIFICATION OF EXPERT WITNESS** |

The Defendants, The Town of Walterboro, The Town of Walterboro Police Department, Robert W. Cook, Sr. (in his individual capacity), Theron A. Grant (in his individual capacity), Roy Blake (in his individual capacity), and two other unidentified Walterboro Town Police Officers (in their individual capacity), by their undersigned counsel, certify that a written report prepared and signed by the expert identified below, meeting the criteria of *Fed.R.Civ.P* 26(a)(2)(B), has been disclosed to all parties appearing in this action:

       **Darrell L. Ross, Ph. D.**
       **5065 Planters Crossing**
       **Hahira, Georgia 31632**
       **252-327-0401**

GRIFFITH, FREEMAN & LIIPFERT, LLC

*/s/ O. Edworth Liipfert III*
O. Edworth Liipfert III (Fed. ID #9815)
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
843-521-4242
843-521-4247 (fax)
worth@griffithfreeman.com

ATTORNEYS FOR DEFENDANTS

July 16, 2018
Beaufort, South Carolina

- 2 -